# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 03, 2024

Ms. Autumn Hamit Patterson  
P.O. Box 861395  
Plano, TX 75086

Mr. Tracy Short  
Office of the Attorney General  
for the State of Louisiana  
1885 N. 3rd Street  
Baton Rouge, LA 70802

Ms. Natalie Deyo Thompson  
Alliance Defending Freedom  
440 1st Street, N.W.  
Suite 600  
Washington, DC 20001

     No. 24-30399   State of Louisiana v. EDUC  
                      USDC No. 3:24-CV-563  
                      USDC No. 1:24-CV-567

Dear Counsel:

The court has requested a response to the Appellants' Motion for Stay Pending Appeal be filed in this office on or before **4pm** on Wednesday, July 10, 2024.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____  
                                  Whitney M. Jett, Deputy Clerk  
                                  504-310-7772

cc:  
    Mr. Jorge Benjamin Aguinaga  
    Ms. Julie Marie Blake  
    Mr. Matthew Scott Bowman  
    Mr. John J. Bursch  
    Mr. Michael T. Johnson  
    Mr. Steven Andrew Myers

```
Ms. Melissa Nicole Patterson
Mr. Jonathan Andrew Scruggs
Mr. Jack Starcher
Mr. Scott G. Stewart
Mr. Benjamin Thomas Takemoto
```