# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 03, 2024

Ms. Autumn Hamit Patterson  
P.O. Box 861395  
Plano, TX 75086

Mr. Tracy Short  
Office of the Attorney General  
for the State of Louisiana  
1885 N. 3rd Street  
Baton Rouge, LA 70802

Ms. Natalie Deyo Thompson  
Alliance Defending Freedom  
440 1st Street, N.W.  
Suite 600  
Washington, DC 20001

    No. 24-30399   State of Louisiana v. EDUC  
                     USDC No. 3:24-CV-563  
                     USDC No. 1:24-CV-567

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____  
                                       Whitney M. Jett, Deputy Clerk  
                                       504-310-7772

cc:  
    Mr. Jorge Benjamin Aguinaga  
    Ms. Julie Marie Blake  
    Mr. Matthew Scott Bowman

Mr. John J. Bursch
Mr. Michael T. Johnson
Mr. Daniel J. McCoy
Mr. Steven Andrew Myers
Ms. Melissa Nicole Patterson
Mr. Jonathan Andrew Scruggs
Mr. Jack Starcher
Mr. Scott G. Stewart
Mr. Benjamin Thomas Takemoto