# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 17, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

         No. 24-30399    State of Louisiana v. EDUC
                         USDC No. 3:24-CV-563
                         USDC No. 1:24-CV-567

Enclosed is an order entered in this case.


                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Majella A. Sutton, Deputy Clerk
                         504-310-7680

Mr. Jorge Benjamin Aguinaga
Ms. Martha Astor
Ms. Julie Marie Blake
Mr. Matthew Scott Bowman
Mr. John J. Bursch
Mr. Michael T. Johnson
Mr. Justin Lee Matheny
Mr. Steven Andrew Myers
Ms. Autumn Hamit Patterson
Ms. Melissa Nicole Patterson
Mr. David Peters
Mr. Jonathan Andrew Scruggs
Mr. Tracy Short
Mr. Jack Starcher
Mr. Scott G. Stewart
Mr. Benjamin Thomas Takemoto
Ms. Natalie Deyo Thompson
Mr. Paul Friedrich Zimmerman