No. 24-30399

# In the United States Court of Appeals for the Fifth Circuit

STATE OF LOUISIANA, BY AND THROUGH ITS ATTORNEY GENERAL, ELIZABETH B. MURRILL; LOUISIANA DEPARTMENT OF EDUCATION; STATE OF MISSISSIPPI, BY AND THROUGH ITS ATTORNEY GENERAL, LYNN FITCH; STATE OF MONTANA, BY AND THROUGH ITS ATTORNEY GENERAL, AUSTIN KNUDSEN; STATE OF IDAHO, BY AND THROUGH ITS ATTORNEY GENERAL, RAUL LABRADOR; WEBSTER PARISH SCHOOL BOARD; RED RIVER PARISH SCHOOL BOARD; BOSSIER PARISH SCHOOL BOARD; SABINE PARISH SCHOOL BOARD; GRANT PARISH SCHOOL BOARD; WEST CARROLL PARISH SCHOOL BOARD; CADDO PARISH SCHOOL BOARD; NATCHITOCHES PARISH SCHOOL BOARD; CALDWELL PARISH SCHOOL BOARD; ALLEN PARISH SCHOOL BOARD; LASALLE PARISH SCHOOL BOARD; JEFFERSON DAVIS PARISH SCHOOL BOARD; OUACHITA PARISH SCHOOL BOARD; FRANKLIN PARISH SCHOOL BOARD; ACADIA PARISH SCHOOL BOARD; DESOTO PARISH SCHOOL BOARD; ST. TAMMANY PARISH SCHOOL BOARD,
  *Plaintiffs-Appellees,*

v.

UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDUCATION; OFFICE FOR CIVIL RIGHTS, UNITED STATES DEPARTMENT OF EDUCATION; CATHERINE LHAMON, IN HER OFFICIAL CAPACITY AS THE ASSISTANT SECRETARY FOR CIVIL RIGHTS; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE UNITED STATES; KRISTEN CLARKE, IN HER OFFICIAL CAPACITY AS ASSISTANT ATTORNEY GENERAL FOR THE CIVIL RIGHTS DIVISION OF UNITED STATES DEPARTMENT OF JUSTICE,
  *Defendants-Appellants*

RAPIDES PARISH SCHOOL BOARD,
*Plaintiff-Appellee*

v.

UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDUCATION; OFFICE FOR CIVIL RIGHTS, UNITED STATES DEPARTMENT OF EDUCATION; CATHERINE LHAMON, IN HER OFFICIAL CAPACITY AS THE ASSISTANT SECRETARY FOR CIVIL RIGHTS; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE UNITED STATES; KRISTEN CLARKE, IN HER OFFICIAL CAPACITY AS ASSISTANT ATTORNEY GENERAL FOR THE CIVIL RIGHTS DIVISION OF UNITED STATES DEPARTMENT OF JUSTICE,
*Defendants-Appellants*

---

On Appeal from the United States District Court
for the Western District of Louisiana
Nos. 3:24-CV-563, 1:24-CV-567

---

**PLAINTIFFS-APPELLEES' JOINT MOTION FOR EXPEDITED ORAL ARGUMENT**

---

Additional Counsel Listed on Next Page

---

| | |
|---|---|
| ELIZABETH B. MURRILL<br>Attorney General of Louisiana | J. BENJAMIN AGUIÑAGA<br>Solicitor General |
| OFFICE OF THE ATTORNEY GENERAL<br>1885 N. 3rd St.<br>Baton Rouge, LA 70802<br>(225) 506-3746 | AUTUMN HAMIT PATTERSON<br>Special Assistant Solicitor General<br><br>*Counsel for Plaintiffs-Appellees State of Louisiana, Louisiana Department of Education, and 17 School Boards* |

LYNN FITCH
Attorney General of Mississippi

SCOTT G. STEWART
Solicitor General
JUSTIN L. MATHENY
Deputy Solicitor General
MISSISSIPPI ATTORNEY GENERAL'S
OFFICE
P.O. Box 220
Jackson, Mississippi 39205
(601) 359-3680

*Counsel for Plaintiff-Appellee*
*State of Mississippi*

RAÚL LABRADOR
Attorney General of Idaho

ALAN HURST
Solicitor General
JOSH TURNER
Chief of Constitutional
Litigation and Policy
OFFICE OF THE ATTORNEY
GENERAL OF IDAHO
700 W. Jefferson Street
Suite 201
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400

*Counsel for Plaintiff-Appellee*
*State of Idaho*

AUSTIN KNUDSEN
Attorney General of Montana

CHRISTIAN B. CORRIGAN
Solicitor General
PETER TORSTENSEN
Deputy Solicitor General
MONTANA DEPARTMENT OF JUSTICE
215 N. Sanders Street
Helena, Montana 59601
(406) 444-2707

*Counsel for Plaintiff-Appellee*
*State of Montana*

DONALD A. DAUGHERTY, JR.
Senior Counsel, Litigation
PAUL ZIMMERMAN
Senior Counsel, Policy and
Regulation
MARTHA A. ASTOR
Counsel, Litigation
DEFENSE OF FREEDOM INSTITUTE
FOR POLICY STUDIES
1455 Pennsylvania Avenue, NW,
Suite 400 Washington, DC 20004
(414) 559-6902

*Counsel for Plaintiff-Appellee*
*States*

John J. Bursch
Matthew S. Bowman
Natalie D. Thompson*
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
mbowman@ADFlegal.org
nthompson@ADFlegal.org

Julie Marie Blake
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
jblake@ADFlegal.org

Jonathan A. Scruggs
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org

*Counsel for Plaintiff-Appellee
Rapides Parish School Board*

*Practicing under the supervision of D.C. bar members while bar application is pending.*

Pursuant to Federal Rule of Appellate Procedure 27, Louisiana Plaintiffs-Appellees[1] and Rapides Parish School Board Plaintiff-Appellee jointly move for expedited oral argument and request that the Court schedule argument for the November 2024 sitting. Good cause exists to grant this motion as set forth below.

As a preliminary matter, Plaintiffs-Appellees agree with Defendants-Appellants that "oral argument would aid in the consideration of this appeal." ECF 81 at iii. Plaintiffs-Appellees additionally believe that scheduling oral argument for the November 2024 sitting will assist this Court in deciding this appeal expeditiously in accordance with the Supreme Court's "expect[ation]" that this Court and the Sixth Circuit will render "their decisions with appropriate dispatch." *Dep't of Educ. v. Louisiana*, 144 S. Ct. 2507, 2510 (2024) (per curiam).

---

[1] "Louisiana Plaintiff-Appellees" includes Louisiana, Louisiana Department of Education, Mississippi, Montana, Idaho, Webster Parish School Board, Red River Parish School Board, Bossier Parish School Board, Sabine Parish School Board, Grant Parish School Board, West Carroll Parish School Board, Caddo Parish School Board, Natchitoches Parish School Board, Caldwell Parish School Board, Allen Parish School Board, LaSalle Parish School Board, Jefferson Davis Parish School Board, Ouachita Parish School Board, Franklin Parish School Board, Acadia Parish School Board, Desoto Parish School Board, and St. Tammany Parish School Board.

The briefing in this appeal will be complete on October 18, 2024, under the current schedule. *See* ECF 76; Fed. R. App. P. 31(a)(1). Accordingly, the reply brief will "be filed at least 7 days before argument" if the Court schedules oral argument for the November sitting. Fed. R. App. P. 31(a)(1). Moreover, Plaintiffs-Appellees are working diligently to file their response briefs early, which would give this Court even more time to prepare for oral argument.

Furthermore, granting this motion would be consistent with the action of its sister circuit. The Sixth Circuit has scheduled its argument for October 30, 2024. *See Tennessee v. Cardona*, No. 24-5588, ECF 108 (6th Cir. Sept. 9, 2024).

Finally, undersigned counsel contacted counsel for Defendants-Appellants, who stated that Defendants-Appellants take no position on this motion and do not plan to file an opposition.

Therefore, Plaintiffs-Appellees respectfully request that this Court expedite the oral argument and schedule argument for the November 2024 sitting.

Dated: September 13, 2024

/s/ Natalie D. Thompson
John J. Bursch
Matthew S. Bowman
Natalie D. Thompson*
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
mbowman@ADFlegal.org
nthompson@ADFlegal.org

Julie Marie Blake
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
jblake@ADFlegal.org

Jonathan A. Scruggs
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org

*Counsel for Appellee Rapides Parish School Board*

*Practicing under the supervision of D.C. bar members while bar application is pending.

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

/s/ Autumn Hamit Patterson
J. BENJAMIN AGUIÑAGA
Solicitor General
AUTUMN HAMIT PATTERSON
Special Assistant Solicitor General

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 506-3746

*Counsel for Plaintiffs-Appellees State of Louisiana, Plaintiff Louisiana Department of Education, and 17 School Boards*

LYNN FITCH
Attorney General of Mississippi

SCOTT G. STEWART
Solicitor General
JUSTIN L. MATHENY
Deputy Solicitor General
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
P.O. Box 220
Jackson, Mississippi 39205
(601) 359-3680

*Counsel for Plaintiff State of Mississippi*

RAÚL LABRADOR
Attorney General of Idaho

ALAN HURST
Solicitor General
JOSH TURNER
Chief of Constitutional Litigation and Policy
OFFICE OF THE ATTORNEY GENERAL OF IDAHO
700 W. Jefferson Street, Suite 201
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400

*Counsel for Plaintiff State of Idaho*

AUSTIN KNUDSEN
Attorney General of Montana

CHRISTIAN B. CORRIGAN
Solicitor General
PETER TORSTENSEN
Deputy Solicitor General
MONTANA DEPARTMENT OF JUSTICE
215 N. Sanders Street
Helena, Montana 59601
(406) 444-2707

*Counsel for Plaintiff State of Montana*

DONALD A. DAUGHERTY, JR.
Senior Counsel, Litigation
PAUL ZIMMERMAN
Senior Counsel, Policy and Regulation
MARTHA A. ASTOR
Counsel, Litigation
DEFENSE OF FREEDOM INSTITUTE FOR POLICY STUDIES
1455 Pennsylvania Avenue, NW, Suite 400 Washington, DC 20004
(414) 559-6902

*Counsel for Plaintiff States*

**CERTIFICATE OF SERVICE**

I certify that on September 13, 2024, I filed the foregoing brief with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

*/s/ Autumn Hamit Patterson*
AUTUMN HAMIT PATTERSON

# CERTIFICATE OF COMPLIANCE

Pursuant to Fifth Circuit Rule 32.3, the undersigned certifies that this motion complies with:

(1) the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 365 words; and

(2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook), except for footnotes, using Microsoft Word (the same program used to calculate the word count).

*/s/ Autumn Hamit Patterson*
AUTUMN HAMIT PATTERSON

Dated:   September 13, 2024