# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 27, 2024

Mr. William Jeffrey Olson
William J. Olson, P.C.
370 Maple Avenue, W.
Vienna, VA 22180-5615

    No. 24-30399   State of Louisiana v. EDUC
                        USDC No. 3:24-CV-563
                        USDC No. 1:24-CV-567

Dear Mr. Olson,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 3 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Majella A. Sutton, Deputy Clerk
                                       504-310-7680

cc:
    Mr. Jorge Benjamin Aguinaga
    Ms. Jessica Ring Amunson
    Ms. Martha Astor
    Ms. Julie Marie Blake
    Mr. William Bock III
    Ms. Lauren Adams Bone
    Mr. Matthew Borden
    Mr. Matthew Scott Bowman
    Ms. Cory Jennifer Brewer
    Mr. Nicholas J. Bronni
    Mr. John J. Bursch
    Ms. Tabitha Cohen
    Mr. Christian Brian Corrigan

Mr. Donald Albert Daugherty Jr.
Mr. Kory James DeClark
Ms. Deborah Jane Dewart
Mr. Richard M. Esenberg
Mr. Benjamin Michael Flowers
Ms. Madeline Gitomer
Ms. Kaitlyn Golden
Mr. Alan M. Hurst
Mr. Michael T. Johnson
Mrs. Sylvia May Mailman
Mr. Justin Lee Matheny
Mr. Christopher Ernest Mills
Mr. Walker Moller
Ms. Amanda I. Morejon
Mr. Steven Andrew Myers
Mr. Robert Niles-Weed
Ms. Victoria S. Nugent
Ms. Autumn Hamit Patterson
Ms. Melissa Nicole Patterson
Mr. David Peters
Mr. Jonathan Andrew Scruggs
Mr. Tracy Short
Mr. Jack Starcher
Mr. Jonathan Theodore Sternberg
Mr. Scott G. Stewart
Mr. Benjamin Thomas Takemoto
Mr. David H. Thompson
Ms. Natalie Deyo Thompson
Ms. Camille Peeples Varone
Mr. Paul Friedrich Zimmerman