# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 22, 2025

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Jessica Ring Amunson
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

Ms. Martha Astor
Defense of Freedom Institute
1455 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20004

Ms. Julie Marie Blake
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Mr. William Bock III
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle
Indianapolis, IN 46204

Ms. Lauren Adams Bone
Women's Liberation Front
1802 Vernon Street, N.W.
Suite 2036
Washington, DC 20009

Mr. Matthew Borden
BraunHagey & Borden, L.L.P.
747 Front Street
4th Floor
San Francisco, CA 94111

Mr. Matthew Scott Bowman
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

Ms. Cory Jennifer Brewer
Wisconsin Institute for Law & Liberty, Incorporated
330 E. Kilbourn Avenue
Suite 725
Milwaukee, WI 53202

Mr. John J. Bursch
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

Ms. Tabitha Cohen
BraunHagey & Borden, L.L.P.
118 W. 22nd Street
12th Floor
New York, NY 10011

Mr. Christian Brian Corrigan
Montana Attorney General's Office
Montana Department of Justice
215 N. Sanders
Helena, MT 59601

Mr. Donald Albert Daugherty Jr.
Defense of Freedom Institute
1455 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20004

Mr. Kory James DeClark
BraunHagey & Borden, L.L.P.
747 Front Street
10th Floor
San Francisco, CA 94111

Ms. Deborah Jane Dewart
111 Magnolia Lane
Hubert, NC 28539

Mr. Richard M. Esenberg
Wisconsin Institute for Law & Liberty, Incorporated
330 E. Kilbourn Avenue
Suite 725
Milwaukee, WI 53202

Mr. Benjamin Michael Flowers
Ashbrook Byrne Kresge & Flowers, L.L.C.
P.O. Box 8248
Cincinnati, OH 45249

Ms. Madeline Gitomer
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Ms. Kaitlyn Golden
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Mr. Mathew Hoffmann
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Mr. Alan M. Hurst
Idaho Office of the Attorney General
700 W. Jefferson Street
P.O. Box 83720
Suite 210
Boise, ID 83720

Mr. Dylan L. Jacobs
Office of the Attorney General
for the State of Arkansas
323 Center Street
Suite 200
Little Rock, AR 72201-0000

Mr. Michael T. Johnson
Johnson, Siebeneicher & Ingram
2757 Highway 28, E.
P.O. Box 648
Pineville, LA 71360-0000

Mrs. Sylvia May Mailman
Independent Women's Law Center
4 Weems Lane
Room 312
Winchester, VA 22601

Mr. Justin Lee Matheny
Mississippi Attorney General's Office
550 High Street
Suite 1200
Jackson, MS 39201

Mr. Ronald Lee Miller
Campbell Miller Payne, P.L.L.C.
5955 Alpha Road
Suite 1491
Dallas, TX 75240

Mr. Christopher Ernest Mills
Spero Law, L.L.C.
557 E. Bay Street
Suite 22251
Charleston, SC 29413

Mr. Walker Moller
Siri & Glimstad, L.L.P.
1005 Congress Avenue
Suite 925-C36
Austin, TX 78701

Ms. Amanda I. Morejon
New Jersey Attorney General's Office
124 Halsey Street
5th Floor
Newark, NJ 07101

Mr. Daniel I. Morenoff
American Civil Rights Project
P.O. Box 12207
Dallas, TX 75225

Mr. Steven Andrew Myers
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Robert Niles-Weed
Weil, Gotshal & Manges, L.L.P.
767 5th Avenue
New York, NY 10153-0119

Ms. Victoria S. Nugent
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Mr. William Jeffrey Olson
William J. Olson, P.C.
370 Maple Avenue, W.
Vienna, VA 22180-5615


Ms. Autumn Hamit Patterson
P.O. Box 861395
Plano, TX 75086


Ms. Melissa Nicole Patterson
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


Mr. David Peters
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


Mr. Jonathan Andrew Scruggs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260


Mr. Tracy Short
Office of the Attorney General
for the State of Louisiana
1885 N. 3rd Street
Baton Rouge, LA 70802


Mr. Jack Starcher
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


Mr. Jonathan Theodore Sternberg
Jonathan Sternberg, Attorney, P.C.
2323 Grand Boulevard
Suite 1100
Kansas City, MO 64108-2607


Mr. Scott G. Stewart
Mississippi Attorney General's Office
550 High Street
P.O. Box 220
Suite 1100
Jackson, MS 39205

Mr. Benjamin Thomas Takemoto
U.S. Department of Justice
Civil Division
P.O. Box 883
Washington, DC 20044-0000

Mr. David H. Thompson
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Ms. Natalie Deyo Thompson
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

Ms. Camille Peeples Varone
First Liberty Institute
1331 Pennsylvania Avenue, N.W.
Suite 1410
Washington, DC 20003

Mr. Paul Friedrich Zimmerman
211 15th Street, N.E.
Washington, DC 20002

No. 24-30399  State of Louisiana v. EDUC
USDC No. 3:24-CV-563
USDC No. 1:24-CV-567

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Case No. 24-30399

State of Louisiana, by and through its Attorney General, Elizabeth B. Murrill; Louisiana Department of Education; State of Mississippi, by and through its Attorney General, Lynn Fitch; State of Montana, by and through its Attorney General, Austin Knudsen; State of Idaho, by and through its Attorney General, Raul Labrador; School Board of Webster Parish; School Board of Red River Parish; School Board of Bossier Parish; School Board Sabine Parish; School Board of Grant Parish; School Board of West Carroll Parish; School Board of Caddo Parish; School Board of Natchitoches Parish; School Board of Caldwell Parish; School Board of Allen Parish; School Board LaSalle Parish; School Board Jefferson Davis Parish; School Board of Ouachita Parish; School Board of Franklin Parish; School Board of Acadia Parish; School Board of Desoto Parish; School Board of St. Tammany Parish; All Plaintiffs,

    Plaintiffs - Appellees

v.

United States Department of Education; Denise Carter, Acting Secretary, U.S. Department of Education; Office for Civil Rights, United States Department of Education; Catherine Lhamon, in her official capacity as the Assistant Secretary for Civil Rights; United States Department of Justice; Merrick B. Garland, in his official capacity as the Attorney General of the United States; Kristen Clarke, in her official capacity as Assistant Attorney General for the Civil Rights Division of United States Department of Justice,

    Defendants - Appellants

---

School Board Rapides Parish

    Plaintiff - Appellee

v.

United States Department of Education; Denise Carter, Acting Secretary, U.S. Department of Education; Catherine Lhamon, in her official capacity as the Assistant Secretary for Civil Rights; United States Department of Justice; James R. McHenry III, Acting U.S. Attorney General; Kristen Clarke, in her official capacity as Assistant Attorney General for the Civil Rights Division of United States Department of Justice,

    Defendants - Appellants