No. 24-30399

# In the United States Court of Appeals for the Fifth Circuit

STATE OF LOUISIANA, BY AND THROUGH ITS ATTORNEY GENERAL, ELIZABETH B. MURRILL; LOUISIANA DEPARTMENT OF EDUCATION; STATE OF MISSISSIPPI, BY AND THROUGH ITS ATTORNEY GENERAL, LYNN FITCH; STATE OF MONTANA, BY AND THROUGH ITS ATTORNEY GENERAL, AUSTIN KNUDSEN; STATE OF IDAHO, BY AND THROUGH ITS ATTORNEY GENERAL, RAUL LABRADOR; SCHOOL BOARD OF WEBSTER PARISH; SCHOOL BOARD OF RED RIVER PARISH; SCHOOL BOARD OF BOSSIER PARISH; SCHOOL BOARD SABINE PARISH; SCHOOL BOARD OF GRANT PARISH; SCHOOL BOARD OF WEST CARROLL PARISH; SCHOOL BOARD OF CADDO PARISH; SCHOOL BOARD OF NATCHITOCHES PARISH; SCHOOL BOARD OF CALDWELL PARISH; SCHOOL BOARD OF ALLEN PARISH; SCHOOL BOARD OF LASALLE PARISH; SCHOOL BOARD JEFFERSON DAVIS PARISH; SCHOOL BOARD OF OUACHITA PARISH; SCHOOL BOARD OF FRANKLIN PARISH; SCHOOL BOARD OF ACADIA PARISH; SCHOOL BOARD OF DESOTO PARISH; SCHOOL BOARD OF ST. TAMMANY PARISH,

*Plaintiffs-Appellees,*

v.

UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDUCATION; OFFICE FOR CIVIL RIGHTS, UNITED STATES DEPARTMENT OF EDUCATION; CATHERINE LHAMON, IN HER OFFICIAL CAPACITY AS THE ASSISTANT SECRETARY FOR CIVIL RIGHTS; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE UNITED STATES; KRISTEN CLARKE, IN HER OFFICIAL CAPACITY AS ASSISTANT ATTORNEY GENERAL FOR THE CIVIL RIGHTS DIVISION OF UNITED STATES DEPARTMENT OF JUSTICE,

*Defendants-Appellants*

_____

SCHOOL BOARD RAPIDES PARISH,
*Plaintiff-Appellee*

v.

UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDUCATION; OFFICE FOR CIVIL RIGHTS, UNITED STATES DEPARTMENT OF EDUCATION; CATHERINE LHAMON, IN HER OFFICIAL CAPACITY AS THE ASSISTANT SECRETARY FOR CIVIL RIGHTS; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE UNITED STATES; KRISTEN CLARKE, IN HER OFFICIAL CAPACITY AS ASSISTANT ATTORNEY GENERAL FOR THE CIVIL RIGHTS DIVISION OF UNITED STATES DEPARTMENT OF JUSTICE,
*Defendants-Appellants*

———————————

On Appeal from the United States District Court
for the Western District of Louisiana
Nos. 3:24-CV-563, 1:24-CV-567

———————————

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE**

———————————

| | |
|---|---|
| ELIZABETH B. MURRILL<br>Attorney General of Louisiana | J. BENJAMIN AGUIÑAGA<br>Solicitor General |
| OFFICE OF THE ATTORNEY GENERAL<br>1885 N. 3rd St.<br>Baton Rouge, LA 70802<br>(225) 506-3746 | AUTUMN HAMIT PATTERSON<br>Special Assistant Solicitor General<br><br>*Counsel for Plaintiffs-Appellees State of Louisiana, Louisiana Department of Education, and 17 Plaintiff School Boards* |

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27.1.10, Autumn Hamit Patterson respectfully requests that the Court withdraw her appearance in this appeal.

Withdrawal from this case is necessary because Autumn Hamit Patterson has accepted another position. Withdrawal will not prejudice any party because Louisiana will continue to be represented by J. Benjamin Aguiñaga. Finally, Defendants-Appellants do not oppose the withdrawal.

| | |
|---|---|
| Dated: March 3, 2025 | Respectfully submitted, |
| | ELIZABETH B. MURRILL<br>Attorney General of Louisiana |
| | */s/Autumn Hamit Patterson*<br>J. BENJAMIN AGUIÑAGA<br>Solicitor General<br>AUTUMN HAMIT PATTERSON<br>Special Assistant Solicitor General |
| | OFFICE OF THE ATTORNEY GENERAL<br>1885 N. 3rd St.<br>Baton Rouge, LA 70802<br>(225) 506-3746 |
| | *Counsel for Plaintiffs-Appellees State of Louisiana, Louisiana Department of Education, and 17 Plaintiff School Boards* |

**CERTIFICATE OF COMPLIANCE**

I certify that this document complies with the typeface, type-style, and length requirements in Federal Rules of Appellate Procedure 27(d)(1)(E), 27(d)(2), and 32(a)(5), (6) because it is in 14-point Century Schoolbook font and contains 65 words, excluding the parts exempted by the Federal Rules of Appellate Procedure.

*/s/ Autumn Hamit Patterson*
AUTUMN HAMIT PATTERSON

**CERTIFICATE OF CONFERENCE**

Pursuant to Rule 27.4, I certify that, on March 3, 2025, undersigned counsel emailed counsel for defendants-appellants and was informed that defendants-appellants do not oppose the withdrawal.

*/s/ Autumn Hamit Patterson*
AUTUMN HAMIT PATTERSON

**CERTIFICATE OF SERVICE**

I certify that on March 3, 2025, I filed the foregoing document with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

*/s/ Autumn Hamit Patterson*
AUTUMN HAMIT PATTERSON
