# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 13, 2025

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Christian Brian Corrigan
Montana Attorney General's Office
Montana Department of Justice
215 N. Sanders
Helena, MT 59601

Mr. Alan M. Hurst
Idaho Office of the Attorney General
700 W. Jefferson Street
P.O. Box 83720
Suite 210
Boise, ID 83720

Mr. Justin Lee Matheny
Mississippi Attorney General's Office
550 High Street
Suite 1200
Jackson, MS 39201

Mr. Jack Starcher
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Natalie Deyo Thompson
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

    No. 24-30399   State of Louisiana v. EDUC
                    USDC No. 3:24-CV-563
                    USDC No. 1:24-CV-567

Dear Counsel:

Please be advised that the court has requested letter briefs from the parties not exceeding 5 pages addressing:

   1) Does President Trump's Executive Order 14168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," the Department of Education's Office of Civil Rights' "Dear Colleagues" Letter, or any other official action taken by the President or the Department of Education moot any issue in the present appeal in this court?

   2) Does the decision of the U.S. District Court for the Eastern District of Kentucky in *Tennessee v. Cardona*, No. 2: 24-072-DCR, 2025 WL 63795 (E.D. Ky. Jan. 9, 2025), or the decision of the U.S. District Court for the Northern District of Texas in *Carroll Indep. Sch. Dist. v. Dep't of Educ.*, No. 4:24-cv-00461-O (N.D. Tex. Feb. 19, 2025), moot any issue in the present appeal in this court?

The letter briefs should be filed in this office on or before March 17, 2025.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Roeshawn Johnson*
               By: _____
               Roeshawn Johnson, Deputy Clerk
               504-310-7998

cc:  Ms. Jessica Ring Amunson
     Ms. Martha Astor
     Ms. Julie Marie Blake
     Mr. William Bock III
     Ms. Lauren Adams Bone
     Mr. Matthew Borden
     Mr. Matthew Scott Bowman
     Ms. Cory Jennifer Brewer
     Mr. John J. Bursch
     Ms. Tabitha Cohen
     Mr. Donald Albert Daugherty Jr.
     Mr. Kory James DeClark
     Ms. Deborah Jane Dewart
     Mr. Jeremiah G. Dys
     Mr. Richard M. Esenberg
     Mr. Benjamin Michael Flowers
     Ms. Madeline Gitomer
     Ms. Kaitlyn Golden
     Mr. Mathew Hoffmann
     Mr. Dylan L. Jacobs
     Mr. Michael T. Johnson
     Mrs. Sylvia May Mailman

Mr. Ronald Lee Miller
Mr. Christopher Ernest Mills
Mr. Walker Moller
Ms. Amanda I. Morejon
Mr. Daniel I. Morenoff
Mr. Steven Andrew Myers
Mr. Robert Niles-Weed
Ms. Victoria S. Nugent
Mr. William Jeffrey Olson
Ms. Melissa Nicole Patterson
Mr. David Peters
Mr. Jonathan Andrew Scruggs
Mr. Tracy Short
Mr. Jonathan Theodore Sternberg
Mr. Scott G. Stewart
Mr. Benjamin Thomas Takemoto
Mr. David H. Thompson
Mr. Paul Friedrich Zimmerman