# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF LOUISIANA, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br><br> Defendants-Appellants. | No. 24-30399 |

**JOINT STIPULATION TO DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), and Local Rule 42.1, the parties hereby stipulate to dismiss this appeal, with each party to bear its own costs.

*s/J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA
*Solicitor General of Louisiana*
OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov

Respectfully submitted,

YAAKOV M. ROTH
　*Acting Assistant Attorney General*

MELISSA N. PATTERSON
　*/s/ David L. Peters*
JACK STARCHER
STEVEN A. MYERS
DAVID L. PETERS
*Attorneys, Appellate Staff*
*Civil Division, Room 7209*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-1673*

| | |
|---|---|
| MICHAEL T. JOHNSON<br>JOHNSON, SIEBENEICHER &<br>   INGRAM<br>2757 Highway 28 East<br>Pineville, LA 71360<br>(318) 484-3911<br>mikejohnson@jslawfirm.com | *s/Natalie D. Thompson*<br>JOHN J. BURSCH<br>MATTHEW S. BOWMAN<br>NATALIE D. THOMPSON<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>jbursch@ADFlegal.org<br>mbowman@ADFlegal.org<br>nthompson@ADFlegal.org<br><br>JONATHAN A. SCRUGGS<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>jscruggs@ADFlegal.org<br><br>JULIE MARIE BLAKE<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Pkwy<br>Lansdowne, VA 20176<br>(571) 707-4655<br>jblake@ADFlegal.org<br><br>*Counsel for Appellee Rapides Parish School Board* |

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ David L. Peters*
David L. Peters

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 28 words, according to Microsoft Word.

/s/ *David L. Peters*
David L. Peters