# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 14, 2025
Lyle W. Cayce
Clerk

No. 24-30399

---

STATE OF LOUISIANA, *by and through its Attorney General, Elizabeth B. Murrill*; LOUISIANA DEPARTMENT OF EDUCATION; STATE OF MISSISSIPPI, *by and through its Attorney General, Lynn Fitch*; STATE OF MONTANA, *by and through its Attorney General, Austin Knudsen*; STATE OF IDAHO, *by and through its Attorney General, Raul Labrador*; SCHOOL BOARD OF WEBSTER PARISH; SCHOOL BOARD OF RED RIVER PARISH; SCHOOL BOARD OF BOSSIER PARISH; SCHOOL BOARD SABINE PARISH; SCHOOL BOARD OF GRANT PARISH; SCHOOL BOARD OF WEST CARROLL PARISH; SCHOOL BOARD OF CADDO PARISH; SCHOOL BOARD OF NATCHITOCHES PARISH; SCHOOL BOARD OF CALDWELL PARISH; SCHOOL BOARD OF ALLEN PARISH; SCHOOL BOARD LASALLE PARISH; SCHOOL BOARD JEFFERSON DAVIS PARISH; SCHOOL BOARD OF OUACHITA PARISH; SCHOOL BOARD OF FRANKLIN PARISH; SCHOOL BOARD OF ACADIA PARISH; SCHOOL BOARD OF DESOTO PARISH; SCHOOL BOARD OF ST. TAMMANY PARISH; ALL PLAINTIFFS,

*Plaintiffs—Appellees,*

versus

UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, *Secretary, U.S. Department of Education*; OFFICE FOR CIVIL RIGHTS, *United States Department of Education*; CATHERINE LHAMON, *in her official capacity as the Assistant Secretary for Civil Rights*; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, *in his official capacity as the Attorney General of the United States*; KRISTEN CLARKE, *in her official capacity as Assistant Attorney General for the Civil Rights Division of United States Department of Justice*,

*Defendants—Appellants*,

_____

School Board Rapides Parish,

*Plaintiff—Appellee*,

*versus*

United States Department of Education; Linda McMahon, *Secretary, U.S. Department of Education*; Catherine Lhamon, *in her official capacity as the Assistant Secretary for Civil Rights*; United States Department of Justice; Pamela Bondi, *U.S. Attorney General*; Kristen Clarke, *in her official capacity as Assistant Attorney General for the Civil Rights Division of United States Department of Justice*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:24-CV-563
USDC No. 1:24-CV-567

_____

UNPUBLISHED ORDER

Before Smith, Willett, and Douglas, *Circuit Judges*.

Per Curiam:

　　IT IS ORDERED that the joint motion to dismiss the appeal under Federal Rule of Appellate Procedure 42(b)(1) is GRANTED. The appeal is DISMISSED with prejudice. Each party bears its own costs.